Dear Judge Haynes        3-24-2014

I Mark Allen would like to file motion for Trail Date by Jury on the complaint No. 1:13-cv-0064

ORDER
This motion is DENIED.
Trial will be set after a ruling on dispositive motion.
The parties have an additional 90 days to conduct discovery to be concluded by July 3, 2014
Dispositive motions shall be filed by August 3, 2014 with a response due August 31, 2014

[signature]
USMJ
4-3-14